UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


| | |
|---|---|
| SIMPLEX HEALTHCARE, INC. )<br><br>)<br><br>)<br>v. )<br>)<br>)<br>MARKETLINKX DIRECT, INC., d/b/a )<br>MLX INTERACTIVE and MLX )<br>EXCHANGE, EZELL BROWN, and )<br>ABIEL SOCORRO ) | NO. 3:10cv988<br>JUDGE TRAUGER |

ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 1/6/2012.



                                                KEITH THROCKMORTON, CLERK
                                                s/Tina M. Webster, Deputy Clerk